UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Stacey King | Case No.: 2:19-cv-02033-JAD-EJY |
| Plaintiff | |
| v. | **Order Closing Case** |
| United States of America | |
| Defendant | |

Based on the parties' notice of dismissal with prejudice under Federal Civil Procedure Rule 41(a)(1)(A)(ii)[1] and good cause appearing, IT IS HEREBY ORDERED that Stacey King's claims against the United States of America are DISMISSED with prejudice. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
July 23, 2021

---

[1] ECF No. 17.